# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE SPENCE and DOUGLAS SPENCE,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>Defendant. | Case No. 11-04961 NC<br><br>**ORDER GRANTING STIPULATION**<br><br>Re: Dkt. No. 10 |

The parties submitted a stipulation to the Court on October 24, 2011 requesting that the Court extend the time to respond to the complaint to November 16, 2011. Dkt. No. 10. The stipulation is GRANTED.

IT IS SO ORDERED.

DATED: November 9, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-04961 NC
ORDER GRANTING STIPULATION